UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HUY T. TON,<br><br>  Defendant. | Case No. CR99-0320-1R-RSM-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial appearance on a petition for violation of supervised release in this case was scheduled before me on October 4, 2005. The United States was represented by Assistant United States Attorney Carl Blackstone, and the defendant by Mr. Peter Camiel. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about November 5, 1999, by the Honorable Barbara Jacobs Rothstein, on charges of bank fraud, in violation of 18 U.S.C. § 1344, and received a sentence of 5 years imprisonment, followed by 5 years of supervised release, and 5 months of electronically-monitored home detention.

Defendant's supervised release began on April 13, 2000, with conditions imposed including requirements that defendant comply with all local, state, and federal laws, and with the standard conditions of supervision. Other special conditions included participation in a mental

health program, financial disclosure, restitution, prohibition of firearms, mandatory drug testing, search, prohibition of gambling, attendance at Gambler's Anonymous meetings as directed, maintaining a single checking account, disclosure of business documents, disclosure of all assets and liabilities, and no identification in any other name than his own.

In a Petition for Warrant or Summons dated April 1, 2002, October 3, 2005, U.S. Probation Officer Brian Facklam alleged the following violations of defendant's supervised release:

1,     Failing to report as directed on May 8, 11, and 17, 2001, and March 22, 2002, in violation of standard condition No. 2.

2.     Failing to submit a truthful and complete written report within the first five days of each month for the months of August 2001, and January, February, and March 2002, in violation of standard condition No. 2.

3.     Failing to work regularly at a lawful occupation in violation of standard condition No. 5.

4.     Failing to pay restitution as directed in violation of special condition of supervision No. 7.

5.     Failing to maintain a single checking account in his name in violation of special condition No. 9.

The defendant was advised in full as to those charges and as to his constitutional rights.

The defendant admitted to violations Nos. 1, 2, and 4, and waived any evidentiary hearing as to whether they occurred. Violations Nos. 3 and 5 were dismissed.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a disposition hearing as to violations Nos. 1, 2, and 4, to be held on October 14, 2005, at 10:00 a.m., before the Hon. Ricardo S. Martinez.

Pending a final determination by the Court, defendant has been released subject to the provisions of his supervised release.

DATED this 4th day of October, 2005.

_James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: The Hon. Ricardo S. Martinez
AUSA: Mr. Carl Blackstone
Defendant's attorney: Mr. Peter Camiel
Probation officer: Mr. Brian Facklam.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3